UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DONALD WILLIAMS

                                Plaintiff,

-against-

THE STATE OF NEW YORK,
&
THE CITY OF NEW YORK,
&
THE NEW YORK CITY POLICE DEPARTMENT
&
SENATOR JAMES SANDERS ,
AND HAYDEN HORSHAM ,
P.O. DAWN HENLEY INDIVIDUALLY & IN
HER OFFICIAL CAPACITY AS
NEW YORK CITY POLICE OFFICER

                                Defendant,
-------------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 15 2021 ★
BROOKLYN OFFICE

*Rec. in p drive 3/16/21 rg

RE-2Nd AMENDED
COMPLAINT
20-CV-05113
(AMD) (LB)

      This action is brought pursuant to 42USC1983 , the 4 , 5 , 6 , 1 , & 14 Amendment to the Constitution.

      Jurisdiction is found on 28USC1291 &1331 & 1243 (1)(2)(3)(4) of the aformention statutory and Constitution provisions.

## PARTIES

1. The plaintiff Donald Williams citizen of the State and city of New York 309 Beach 54th Street #1c Rockaway , New York 11692

2. The defendant New York State Senator James Sanders , 508 Legislative Office Bldg #711 , Albany New York 12247

3. The New York State Senate , The Secretary of the Senate 3fl State Capital Albany New York 12247 , a organization existing under the laws of the United States.

4. The New York State Controller Office 110 State street Albany New York 1223 a municpal organization existing under the laws of the United States

5. That all times materially relevent hereto defendant P.O. Dawn Henley (Tax reg# 941890) of the 113 precinct 167-02 Baisley blvd Jamaica New York 11434

6. The New York City Police Department 1 Police Plaza New York 10038 a municpal organization existing under the laws of the United States.

7. That all times material hereto , defendant the city of New York Corporation Council 100 Church Street New York , N.Y. 10007

8. That the defendant the State of New York & the City of New York , Senator , agents , servents , did violate plaintiff United States Constitutional 4 , 5 , 6 , 1 , 14 amendment rights.

9. The defendant the State of New York and City of New York created the aforesaid defective condition.

## AS FOR A CAUSE OF ACTION

7. The incident complained of occurred in the county of Queens , State of New York , at or about October 23 , 2017 , at the Far Rockaway United Sates Post Office ,on Mott ave, plaintiff was detained by the N.Y.P.D 101 precinct officers and then brought to the precinct for holding.

8. Plaintiff was then picked up by officer Dawn Henley (Tax reg# 941890) On October 23, 2017 , and brought to the 113 precinct , and questioned about a letter which was sent to Senator James Sanders and Counsel man Donovan Richards over a job in the community were he resided.

9. Plaintiff was told by P.O. Dawn Henley that Senator James Sanders and Hayden Horsham manager , stated that plaintiff made a terriost threat , (aggravated harassment and coercion in the second degree) , in a certafied letter sent to there office , over a job across the street from plaintiff.

10. In which plaintiff stated to P.O. Dawn Henley that there was no letter speaking on a terrost threat or any type of aggregated harassment , in said letter that she was telling plaintiff about , and what she was telling plaintiff was untrue.

11. It was stated in the criminal complaint that Hayden Horsham open a letter that was sent by plaintiff , and removed white out over a word in the letter , the word that was under the white out was blow.

12. The letter stated by plaintiff that was sent to the parties was , " if I dont get any work soon or get back with the elevator division im going to this fake a** racketeering fraudelent Ocean bay apartment bull – s**t sky high (im going to bring my lawyer Mr. Smith in to this) if plaintiff didnt get any work soon.

13. This certafied letter statement which made for a criminal complaint was dismissed in Court on October 24, 2018 with no probable cause.(CR-O42372-17QN) First amendment of the Constitution (Congress shall make no law prohibiting the free exercise thereof , or abridging the freedom of speech , and to petition the government for a redress of grievance.

14. By negligent and carelessness of Senator James Sanders and his agents manager Hayden Horsham who probagated malice fraud and slander and had plaintiff confined locked up and arrested by officer Dawn Henley all under the color of law and violated plaintiff 4 , 5 , 6 , 14 , 1 , amendment constitutional rights.

15. The defendant intended to confine the plaintiff , plaintiff was very conscious of the confinement (and didnt want to be confined in jail) plaintiff didnt consent to the confinement , this confinement was not privilaged but ocrastrated under malice.

16. By reason of such false and fraudelent , defamatory action taken , plaintiff was locked up arrested and incarcerated all against his wishes on Rykers Island all against his constitutional rights and violated his freedom of speech , and 4 , 5, 6 , 14th , amendment all under the color of law with no probable cause , and violated his right to equal protection of the law and due process. (Constitutional fourth and fourteenth amendment no person shall be deprived of life liberty or property. With out due process of law , or deny to any person within its jurisdiction the equal protection of the laws.

17. Plaintiff was showen a defaced letter which plaintiff sent the Senator that had white out (now) scratched out under a pacific word (Blow) , that word was used to defame and arrest plaintiff as stating that plaintiff made a terrorist threat.

18. A violation of the United States constitution and his oath of office , through negligent supervision of James Sanders and his agent manager Hayden Horsham and the improper negligent training of police officer Dawn Henley , tax reg 941890 of the 113 precinct , who willfully and maliciosly had plaintiff prosecuted and arrested (Constitutional XIV section 3 , no person shall be a Senator or Representative of Congress , or electer of President and Vice President , or hold and office , civil or military , under the United States or under any state who having previously taken an oath , as a member of Congress or as a judicial officer of any state to support the Constitution of the United States shall have engaged in insurrection or rebellion against the same.)

19. Plaintiff was confined and arrested against his will for 14 days , then released on bail at Rykers Island on November 4 , 2017.

20. A violation of New York State law and the United States Constitution 1 ,4 , 5 , 6 and 14 and his obligation of oath of office. through negligent supervision amd dilaberate indiffernce of Senator James Sanders agents defendants. Plaintiff was falsely arrested by police officer Dawn Henley of the 113 precint , imprisoned unlawfully , with willfull negligence , humilated and maciciouly abused and prosecuted , and left mentally duressed.

21. Plaintiff was confined for about 14 days , then released on bail at Rykers Island on November 4, 2017.

22. Plaintiff was given a Court date of October 30, 2017 for criminal Court docket #042372-17 (or Q17647275) this was adjorned several times , then later dismissed 10/24/18 in plaintiff favor with no probable cause.

**AS FOR A SECOND CASE OF ACTION**

23. There was no need for the officer Dawn Henley to arrest plaintiff no crime had been committed.

24. There was no need for Senator Sanders to comit fraud by stating to his agent Hayden Horsham to remove the white out on said letter then label it as aggravated harassment and coercion on a public official , and have plaintiff falsley arrested so that he could miss a work opportunity to gain full employment and rejoin the union.

- 25. The city of New York and its agents and the New York police department has projected a policy and a pattern of not effectively training or supervising its officers which caused the violating of its citizens rights.

- 26. There was no need for the officer to arrest plaintiff there was no probable cause , no crime had been committed , said city agents committed fraud and lied to press the proseution of false charges in order to further there personal goals.

- 27. Police officer Dawn Henley failed to attain to find out if the letter that was sent to senator James Sanders office was in the arm lenth of "freedom of speech" plaintiff first amendment constitutional right.

**WHEREFORE** , Donald Williams demands judgement against the defendant on cause of action 1 in the amount of $400,000.00

And in the second cause of action $300,000.00

All together with intrest , cost and disbursements of this action , and such and other and further relief in law that the Court deems just and proper.

**JURY DEMAND** Plaintiff hereby request that this action be tried before a jury.

Dated: March 15 , 2021

Respectfully Submitted

Donald Williams
309 Beach 54th Street #1c
Rockaway , N.Y. 11692
(917) 854-5245

```
-----------------------------------------------------------------X
```
DONALD WILLIAMS

                              Plaintiff,              VERIFICATION
                                                            20 CV 5113

THE STATE OF NEW YORK
        &
THE CITY OF NEW YORK
        &
THE NEW YORK CITY POLICE DEPARTMENT
        &
SENATOR JAMES SANDERS,
AND HAYDEN HORSHAM,
P.O. DAWN HENLEY INDIVIDUAL AND IN
THE OFFICIAL CAPACITY AS NEW YORK CITY
POLICE OFFICER OF THE CITY OF NEW YORK

                              Defendant,
```
-----------------------------------------------------------------X
```

STATE OF NEW YORK  )
                             ) SS.:
COUNTY OF NEW YORK )

I Donald Williams, being duly sworn, deposes and says: that I am the plaintiff named in the above entitled action, and I have read the verified complaint and know the contents thereof. That the verified complaint is true to my knowledge, to matters alleged on information and belief, and that as to those matters I believe it to be true.

                                                                                 Donald Williams

Sworn to before me on this
18th day of February 2021

PAULA ORTEGA
Public, State of New York
Reg. No. 03OR6355762
Qualified in New York County
Commission Expires March 13, 20 21